# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MICHAEL SMITH, | 1:07-cv-01293-SMS-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| v. | |
| SPURGEON, et al., | (Doc. 1.) |
| Defendants. | ORDER FOR CLERK TO CLOSE CASE |

Plaintiff Dwayne Michael Smith ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 3, 2008, this action was assigned to the undersigned pursuant to Appendix A(K)(4) of the Local Rules, to conduct any and all proceedings. (Doc. 7.)

Plaintiff filed the complaint commencing this action on September 6, 2007. (Doc. 1.) On January 21, 2008, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and gave Plaintiff leave to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). (Doc.10.) To date, Plaintiff has not filed an amended complaint or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///

1

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), IT IS HEREBY ORDERED that:

1. This action is dismissed, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983; and
2. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: **March 10, 2009**  /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE